FILED
2020 Jul-29 AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.: 5:20-cv-1059-LCB |
| | ) |
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA FOR AND ON BEHALF OF THE UNIVERSITY OF ALABAMA IN HUNTSVILLE, | ) ) ) ) ) |
| Defendant. | |

## ORDER

Plaintiff Jane Doe has moved to proceed under a pseudonym (Doc. 3). Having considered the applicable law and the particular circumstances of the case, the Court **GRANTS** the plaintiff's Motion to Proceed Anonymously (Doc. 3) without prejudice to the defendant's right to challenge the motion after they have appeared in the case.

**DONE** and **ORDERED** July 29, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE