FILED
2020 Aug-17  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:20-cv-1059-LCB** |
| | ) | |
| **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA FOR AND ON BEHALF OF THE UNIVERSITY OF ALABAMA IN HUNTSVILLE,** | ) ) ) ) ) ) | **UNOPPOSED** |
| | ) | |
|     **Defendant.** | ) | |

### UNOPPOSED MOTION TO CLARIFY ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED ANONYMOUSLY

COMES NOW Defendant, The Board of Trustees of the University of Alabama, for and on behalf of the University of Alabama in Huntsville ("Defendant"), and respectfully moves the Court to clarify its July 29, 2020 Order granting Plaintiff's Motion to Proceed Anonymously. *See* docs. 3 and 4. In support of this motion, Defendant states as follows:

1.    Plaintiff filed a Complaint alleging violation of Title IX and a Motion to Proceed Anonymously on July 27, 2020. *See* docs. 1 and 3. In the Motion to Proceed Anonymously, Plaintiff requested that the Court order Defendant to not "reveal Plaintiff's name or any identifying characteristics to any person or entity who or which is not a party to this action, by any means." Doc. 3 at p. 2.

4812-1118-6631.2

2. The Court granted Plaintiff's Motion to Proceed Anonymously on July 29, 2020 without prejudice to Defendant's right to challenge Plaintiff's motion after appearing in the case.  Doc. 4.

3. Defendant requests that the Court clarify its Order to allow Defendant to reveal Plaintiff's name and other identifying characteristics to fact witnesses.

4. Defendant has communicated with Plaintiff's counsel regarding this motion, and Plaintiff's counsel has stated that the relief requested in this motion is unopposed.

Respectfully submitted this the 17th day of August, 2020.

/s/ Kimberly B. Martin
Kimberly B. Martin
Amanda James Turnage
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, Alabama 35801
Telephone: (256) 517-5100
Email: kmartin@bradley.com
Email: aturnage@bradley.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2020, I served the foregoing by CM/ECF filing on the following counsel of record:

D. Jeremy Schatz
The Patton Firm
3720 4th Avenue South
Birmingham, Alabama 35222
Email: jschatz@thepattonfirmal.com

*Attorney for Plaintiff*

/s/ Kimberly B. Martin
OF COUNSEL

4812-1118-6631.2